

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Johnny Gomez,

\* From the County Court at Law No. 2
of Midland County,
Trial Court No. DCC-25-00001.

Vs. No. 11-25-00144-CV

\* August 7, 2025

HTO EMP, LLC,

\* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of prosecution. Therefore, in accordance with this court's opinion, the appeal is dismissed.